USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/26/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
BAKERY AND CONFECTIONERY UNION AND :
INDUSTRY INTERNATIONAL PENSION FUND and :
TRUSTEES OF THE BAKERY AND :
CONFECTIONERY UNION AND INDUSTRY : 20-cv-9894 (LJL)
INTERNATIONAL PENSION FUND, :
: ORDER
Plaintiffs, :
:
-v- :
:
ZARO BAKE SHOP, INC., ANJOST CORP., and 138 :
BRUCKNER BLVD. ASSOCIATES, LLC, :
:
Defendants. :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Court is in receipt of the briefing regarding Defendants' motion to compel arbitration. Oral argument is hereby scheduled for May 18, 2021 at 10:00 a.m. Parties are directed to dial into the Court's teleconference line at 888-251-2909, Access Code 2123101, and to follow the necessary prompts.

SO ORDERED.

Dated: April 26, 2021                         _____
New York, New York                                    LEWIS J. LIMAN
                                                 United States District Judge