```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/10/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BAKERY AND CONFECTIONERY UNION
AND INDUSTRY INTERNATIONAL
PENSION FUND, *et al.*,

                        Plaintiffs,                       **ORDER**

                -v-                                 20-CV-9894 (LJL) (JLC)

ZARO BAKE SHOP, INC., *et al.*,

                        Defendants.
------------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

      As discussed with the parties today, the Court will hold a second settlement conference on **September 15, 2021 from 2:00 p.m. to 4:00 p.m.** by telephone. The parties should use the same number and pass code as provided previously. Defendants are directed to make a revised settlement proposal to the plaintiffs by **August 27, 2021.** The parties should each submit an *ex parte* supplemental settlement letter to the Court no later than **September 13 at 5:00 p.m.** by emailing it to [CottNYSDChambers@nysd.uscourts.gov](mailto:CottNYSDChambers@nysd.uscourts.gov). Should the parties resolve their dispute in advance of the September 15 conference, they should promptly advise the Court and the conference will be cancelled.

      **SO ORDERED.**

Dated: August 10, 2021
       New York, New York

                                                            _____
                                                            JAMES L. COTT
                                                             United States Magistrate Judge